AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| | |
|---|---|
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, LEIDOS, INC.    ) | |
| *Plaintiff*    ) | |
| v.    ) | Civil Action  No. 13-cv-1070-EGS |
| HELLENIC REPUBLIC    ) | |
| *Defendant*    ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    05/29/2018    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:  7/9/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

MAY 29 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Science Applications International, Petitioner | ) |
| *Plaintiff* | ) |
| v. | ) |
| Hellenic Republic | ) |
| *Defendant* | ) |

Civil Action No.   13-1070 (EGS)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Judgment is entered in favor of Petitioner Leidos, Inc. and against the Hellenic Republic,
in the amount of €47,933,905.64  plus $196,531.51, as well as post-judgment interest at the
statutory rate mandated  by 28 U.S.C. § 1961 on the money judgment, beginning from the Entry of
Judgment on January 6, 2017, until the date of payment.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Emmet G. Sullivan _____  on a motion for
MANDATE of United States Court Of Appeals (USCA Case Number 17-7082)  [Dkt. No. 64]

Date: 1/6/2017
Per Order Filed on 5/29/2018

*ANGELA D. CAESAR, CLERK OF COURT*

Mark Coates, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

**ECF
DOCUMENT**
I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United
States District and Bankruptcy Courts for the District of
Columbia.
Date Filed:   5/29/2018
ANGELA D. CAESAR, CLERK
By: