UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,<br><br>                    Judgment Creditor<br>V.<br><br>THE HELLENIC REPUBLIC,<br><br>                    Judgment Debtor. | Civil Action No. 18-cv-327 |

## CERTIFICATE OF SERVICE

This is to certify that on October 23, 2018 I caused to be served a true and correct copy of (i) *Notice of Petitioner's Motion for Relief Pursuant to 28 U.S.C. § 1610(c)*; (ii) *Memorandum of Points and Authorities in Support of Petitioner's Motion for Relief Pursuant to 28 U.S.C. § 1610(c)*; (iii) *Proposed Order*, and; (iv) *Declaration of Charlene C. Sun with Exhibits in Support*, [ECF Nos. 3 and 4] upon counsel for Judgment Debtor the Hellenic Republic, listed below, by causing copies of same to be delivered via overnight delivery and registered mail return receipt requested upon:

| | |
|---|---|
| Neal Goldfarb, Esq.<br>Max Maccoby, Esq.<br>BUTZEL LONG, PC<br>1909 K Street, N.W., Suite 500<br>Washington, D.C. 20006 | Max F Maccoby, Esq.<br>WASHINGTON GLOBAL LAW GROUP, PLLC<br>1701 Pennsylvania Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20006 |

In addition, my colleague Charlene Sun provided electronic copies of the same papers to counsel for the Hellenic Republic by electronic mail.

Dated: October 23, 2018
New York, New York

By: /s/   James Berger
James Berger
Charlene C. Sun
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Judgment Creditor, Leidos, Inc.*